
FILED
JUL 02 2019
WASHINGTON STATE
SUPREME COURT

# THE SUPREME COURT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>JASON M. FELDMAN,<br><br>WSBA No. 41238 | Supreme Court No.<br>201,594-8<br><br>ORDER OF REINSTATEMENT |

On December 23, 2016, the Supreme Court entered an order that approved the parties' stipulation that Jason M. Feldman be suspended for two and a half years. On July 2, 2019, the Washington State Bar Association filed a recommendation for the reinstatement of Mr. Feldman to the practice of law in the State of Washington based on compliance with the Court's order and the terms of the stipulation. Based on the recommendation, the Court is satisfied that Mr. Feldman is in compliance with the stipulation and order.

IT IS ORDERED:

Jason M. Feldman is reinstated to active status to practice law in the State of Washington effective on the date of this order.

DATED at Olympia, Washington, this 2nd day of July, 2019.

For the Court

Fairhurst, CJ.
CHIEF JUSTICE