In Re:

Jason M. Feldman

WSBA No #41238

Case# 2-17-RD-0001

Division 2.


Pursuant to Local Rule 83.3 (E)

On December 23rd, 2016 I received a 30 month suspension for violating a Rule of Professional Conduct. The Washington State Bar Association determined I had committed an act of moral turpitude when I engaged in a romantic relationship with a client. I take full responsibility for this error in judgment and have subsequently been reinstated to active status as of July 2, 2019.

The relationship from 2013 which lead to my suspension has taught me very much about myself through self-reflection.  Back then I was a younger man searching for a suitable companion and the attorney-client relationship was secondary. I looked at several of my coworkers who had met and even later married their clients and never really grasped the magnitude of the situation. I now know that I was wrong to prioritize my own feelings over the Rules of Professional Conduct.

Currently, I am in a committed relationship of over 5 years and would never again put myself in a position to have my integrity questioned. I have made peace with the disciple and have moved forward accordingly.

Warm Regards,

_____

Jason M. Feldman

WSBA #41238



# ATTORNEY REGISTRATION FORM
## for the
## ELECTRONIC CASE FILING SYSTEM (CM/ECF)

**Last Name:** Feldman    **First Name:** Jason    **Middle:** M

**Attorney Bar # and State:** WSBA 41238

**Firm Name:** Jason M. Feldman, Esq.

**Street Address:** 151 S. Lander St., STE C

**City:** Seattle,    **State or Province** WA    **Zip Code or Postal Code:** 98134

**Country** United States    **Telephone Number:** 206 414-8359

**Primary E-mail Address:** jasonfeldmanlaw@c    **Secondary E-mail Address:**

By submitting this registration form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

7-3-19

_____    _____
**Signature (Type "s/" and your name)**    **Date Signed**

**E-MAIL OPTION:**
Print and scan this form, then send it as an attachment to an e-mail to: cmecfreg@wawd.uscourts.gov    [Submit by Email]

**MAIL OPTION:**
Print this form and mail to:
Clerk, U.S. District Court
Western District of Washington
Attn: ECF Attorney Registration
700 Stewart St., Ste 2310
Seattle, WA 98101

For assistance with this form, call ECF Support at 206-370-8440 Option 2
or 866-323-9293 Option 2