UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In the Matter of Jason M. Feldman | Case No. 2:17-rd-00001 |
|---|---|
| WSBA No. 41238 | ORDER OF REINSTATEMENT TO ACTIVE STATUS |

This matter comes before the Court on Jason M. Feldman's petition for reinstatement. On July 3, 2019, Jason M. Feldman submitted a Petition for Reinstatement and Notice of Reinstatement to Active Status issued by the Washington State Bar Association.

It is THEREFORE ORDERED that Jason M. Feldman is hereby reinstated to Active Status before this Court.

Dated August 19, 2019.

_____
WALTER T. McGOVERN
United States District Judge